**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MARIA ESTRADA-DELGADO,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-73167

Agency No. A079-799-963

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:    BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

Maria Estrada-Delgado, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order summarily affirming an immigration

judge's ("IJ") removal order.  We have jurisdiction under 8 U.S.C. § 1252.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Reviewing for abuse of discretion, *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam), we deny the petition for review.

The IJ did not abuse his discretion in denying a continuance and entering a removal order where Estrada-Delgado failed to demonstrate eligibility for benefits under the Family Unity Program or submit any other relief application. *See Sandoval-Luna*, 526 F.3d at 1247 (no abuse of discretion in denying a motion to continue and ordering petitioner removed where relief was not immediately available).

Estrada-Delgado's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED.**